## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

BOB VIGE and LORI VIGE

VERSUS

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY

CIVIL ACTION

NO. 18-300-SDD-RLB

## RULING

Considering the Letter[1] filed by Plaintiffs advising that they have no opposition to Defendant's pending *Motion to Dismiss Plaintiff's Claims for Attorneys' Fees and Costs, Expenses and Pre-Judgment and Post-Judgment Interest*,[2] Defendant's motion is GRANTED, and these claims are dismissed with prejudice.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, on July 31, 2018.

*Shelly D. Dick*

**JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. No. 7.
[2] Rec. Doc. No. 6.
Document Number: 47210